JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| **WILLIE D. RANDLE,** | ) | |
| Plaintiff, | ) ) | No. CV 16-2342 MWF (AJW) |
| v. | ) ) | |
| **M. MELENDREZ, et al.,** | ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

It is hereby adjudged that the action is dismissed with prejudice.

Dated: March 30, 2017

_____
Michael W. Fitzgerald
United States District Judge